Robert Lee WALSH, Petitioner–
Appellant,

v.

UNITED STATES of America; District
Court, Clerk of Charleston Division;
Mildred L. Rivera, Warden FCI Estill,
Respondents–Appellees.

No. 11–6304.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 18, 2011.

Decided: Nov. 10, 2011.

Robert Lee Walsh, Appellant Pro Se.

Before NIEMEYER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Remanded by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert Lee Walsh seeks to appeal the
district court's order adopting the magis-
trate judge's recommendation to deny his
28 U.S.C. § 2241 (2006) petition. We pre-
viously remanded to the district court with
instructions for the district court to deter-
mine whether Walsh can satisfy the re-
quirements of Fed. R.App. P. 4(a)(6). Be-
cause the district court's docket revealed
that the court served notice of its order
denying Walsh § 2241 relief on October
28, 2010, 2010 WL 4365546, and the mail
was not returned to the district court, the
district court found that Walsh could not
satisfy the conditions of Rule 4(a)(6)(A).
Accordingly, the district court denied the
motion to reopen the appeal period.

Because Walsh's filings with this court
suggest that he did not receive notice of
the district court's dismissal order within
at least the first month after it was en-
tered on the district court's docket, we
again remand the matter to the district
court for a determination as to whether
Walsh is entitled to a reopening of the
appeal period. On remand, the district

court shall afford the parties an opportunity to submit additional information to assist it in determining whether Walsh is entitled to have the appeal period reopened. The record, as supplemented, shall then be returned to this court for further consideration.*

*REMANDED.*

---

* By this disposition, we intimate no view as to whether Walsh is entitled to a reopening of